IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-526-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SAMUEL MOLINA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

The court DENIES as meritless defendant's motion to reduce sentence [D.E. 56]. See

Rutherford v. United States, 146 S. Ct. 1320 (2026); Fernandez v. United States, 146 S. Ct. 1292

(2026).

SO ORDERED. This 25 day of June, 2026.

JAMES C. DEVER III
United States District Judge